THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Felicia Few, Appellant.
 
 
 

Appeal From Pickens County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2006-UP-226  
Submitted April 1, 2006  Filed April 25, 2006 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  On February 23, 2004, Felicia Few was convicted of conspiracy to steal two recreational vehicles from Porters RV Sales in Easley, South Carolina.  She was sentenced to five years in prison.  On appeal, counsel for Few filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Few has not filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
BEATTY, SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.